FISHER HUDSON SHALLAT
JENNIFER HANWAY (SBN 313376)
jennifer@fisherhudson.com
950 W. Bannock, St., Ste. 630
Boise, Idaho 83702
Telephone: (208) 345-7000
Facsimile: (208) 514-1900

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICORP CONSTRUCTION, INC., a California corporation, dba, TRICORP HEARN CONSTRUCTION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GUERDON ENTERPRISES, INC., a Texas corporation; NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation; NTA, INC., an Indiana corporation; ACC-U-SET CONSTRUCTION, INC., and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:19-CV-02400-KJM-EFB<br><br>**NOTICE OF FIRM NAME CHANGE** |

PLEASE TAKE NOTICE that as of January 2nd, 2020, Fisher & Hudson will be known as **FISHER HUDSON SHALLAT.** The firm email addresses, mailing address, telephone, and facsimile numbers remain the same.

DATED this 6th day of January 2020.


                                          */s/ Jennifer Hanway*
                                          Jennifer Hanway, SBN #313376

**NOTICE OF FIRM NAME CHANGE- 1**

1 **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on January 6, 2020 I filed the foregoing with the Clerk of the Court electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Daniel Steinberg    dsteinberg@trainorfairbrook.com
    Jennifer Pruski      jpruski@trainorfairbrook.com

                                                                         By: */s/ Jennifer Hanway*
                                                                           Jennifer Hanway
                                                                           Attorney for Plaintiffs

**NOTICE OF FIRM NAME CHANGE- 2**